*Eli Benedict et al.* v. *Ephraim Smith et al.* E. P. SMITH Chattel mortgages. and F. M. HAIGHT, for complainants; O. HASTINGS, for defendants. Decided that under the act of April 1833, *(Laws of* 1833, *p.* 402,) a chattel mortgage must be filed in the proper clerk's office, unless there is an immediate delivery of the whole property embraced therein, and a continued change of possession, or the mortgage itself is absolutely and wholly void as to creditors. That a change of possession as to part of the property included in the mortgage, is not a change of possession of the things mortgaged, within the intent and meaning of the statute.

Decree of the vice chancellor affirmed with costs; upon the ground that the complainants have ratified the arrangement made by Griffin, by their subsequent acts, and that such subsequent ratification is equivalent to a previous authority.

*Daniel W. Wing* v. *John B. Stevens.* W. HAY, for complainant; H. C. MARTINDALE, for defendant. Decree of the vice chancellor affirmed with costs.

*Charles F. Cotterill et al.* v. *Edward A. Jee et al.*, GEO. F. ALLEN, for complainants; J. RHOADES, for defendant.— Order of vice chancellor denying application for an attachment affirmed, without costs to either party.

*Leonard T. Cromwell* v. *James T. Cromwell et al.* W. K. THORN, for complainant; C. T. CROMWELL, for defendants. Decree of the vice chancellor affirmed with costs.

*Josiah Trowbridge* v. *Charles Christmas et al.* H. K. SMITH, for complainant; S. STEVENS, for defendants. Decision of the vice chancellor overruling demurrer affirmed with costs, and proceedings remitted.